1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-00253-SBA (**WDB**) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO PERMIT TRAVEL |
| vs. | ) | |
| | ) | |
| EVERETT ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Everett Robinson is currently on pretrial release. As a condition of his release, Mr. Robinson has been residing at Cornell Corrections halfway house in San Francisco, California and his travel is restricted to the counties of San Francisco and Alameda. Mr. Robinson now has a court appearance scheduled in Solano County for August 14, 2007, in an unrelated matter concerning child support. The parties stipulate and agree that the conditions of Mr. Robinsons' bond should be modified to permit him to travel to Solana County on August 14, 2007, so that he may attend his court appearance. The Pretrial Services Agency has been contacted and has no objection to the proposed modification.

SO STIPULATED.

ORDER TO PERMIT TRAVEL                    1

Dated: August 10, 2007                                 /S/
                                                       _____
                                                       HILARY A. FOX
                                                       Attorney for Defendant Robinson

SO STIPULATED.

Dated:  August 10, 2007                                /S/
                                                       _____
                                                       CHINHAYI COLEMAN
                                                       Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signature for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### **ORDER**

Based on the reasons provided in the stipulation of the parties above, and good cause appearing, the Court hereby ORDERS that the terms and conditions of Mr. Robinson's pretrial release are modified as follows:

1. Mr. Robinson is permitted to travel to Solano County on August 14, 2007, so that he may attend his court appearance.

All other terms and conditions of release previously imposed are to remain in effect.

SO ORDERED.

Date: __8/14_____, 2007

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*