BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-00253 SBA (**WDB**) |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO MODIFY CONDITIONS |
| vs. ) | OF RELEASE |
| ) | |
| EVERETT ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Defendant Everett Robinson is currently on pretrial release. As a condition of his release, Mr. Robinson has been residing at Cornell Corrections halfway house in San Francisco, California since May on lock-down status. While at the halfway house, Mr. Robinson has been permitted to leave for medical appointments, appointment with his lawyer, court appearances, meetings with Pretrial Services, and as directed by Pretrial Services, but he has not been able to work.

     At this time, defendant requests that his conditions of release be modified to permit him to leave the halfway house to seek employment, as directed by the Pretrial Services Officer.

ORDER RE: MODIFYING RELEASE
CONDITIONS                                        1

The Pretrial Services Officer has no objection to the proposed modification.

SO STIPULATED.

Dated:		August 15, 2007			/S/
						_____
						HILARY A. FOX
						Attorney for Defendant Robinson

SO STIPULATED.

Dated:		August 15, 2007			/S/
						_____
						CHINHAYI COLEMAN
						Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "confirmed" signature (/S/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and good cause appearing, the Court hereby ORDERS that the terms and conditions of Mr. Robinson's pretrial release are modified as follows:

1. The condition requiring Mr. Robinson to remain at Cornell Corrections halfway house is modified to permit Mr. Robinson to leave the halfway house to seek employment, at the direction of the Pretrial Services Officer.

All other terms and conditions of release previously imposed are to remain in effect.

SO ORDERED.

Date: August 20, 2007

					JOSEPH C. SPERO
					UNITED STATES MAGISTRATE JUDGE

ORDER RE: MODIFYING RELEASE
CONDITIONS				2